WILLIE COLLINS V. THE STATE.

No. 8789.   Decided October 31, 1924.

No motion for rehearing filed.

**Burglary—No Bill of Exceptions Nor Statement of Facts.**

No bills of exception nor statement of facts appear in the record and the judgment is affirmed.

Appeal from the Criminal District Court of Dallas County. Tried below before the Hon. Felix D. Robertson, Judge.

Appeal from a conviction of burglary; penalty, two years in the State penitentiary.

*Dwight Llewelling,* for appellant.

*Shelby Cox,* District Attorney, *Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

LATTIMORE, JUDGE.—Appellant was convicted in Criminal District Court No. 2 of Dallas County of the offense of burglary, and his punishment fixed at two years in the penitentiary.

The record is before us without any statement of facts or bills of exception, and an examination of same disclosing that the indictment is in regular form and the charge of the court in conformity with the law, and no error appearing, it becomes our duty to affrm the case and it is so ordered.

*Affirmed.*